# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE DEPAKOTE CASES: | ) <br> ) CIVIL NOs. <br> ) 12-52-GPM; 12-53-GPM; 12-54-GPM; <br> ) 12-55-GPM; 12-56-GPM; 12-57-GPM; <br> ) 12-163-GPM; 12-694-GPM; <br> ) 12-824-GPM; 12-978-GPM; <br> ) 12-1091-GPM; 12-1216-GPM; <br> ) 13-83-GPM; 13-134-GPM; 13-135-GPM. |

## MEMORANDUM AND ORDER

**MURPHY, District Judge:**

In the above captioned cases, Plaintiffs claim they were injured by Defendant Abbott Laboratories, Inc.'s product, Depakote. Pursuant to Civil Rule of Civil Procedure 42, these cases, and all future related cases, shall be consolidated. Magistrate Judge Philip M. Frazier will be the Magistrate Judge assigned as to all the consolidated cases. Case number **12-52-GPM** will be the lead case. The parties are **DIRECTED** that all future pleadings should be filed in that lead case only.

**IT IS SO ORDERED.**

**DATED**: March 12, 2013

s/ *G. Patrick Murphy*
G. PATRICK MURPHY
United States District Judge